BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONEL ESPINOZA** | Case No. CIV -08-1806 KJM |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from March 13, 2009 to April 1, 2009. This extension is required due to Plaintiff's counsel's extremely crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: March 12, 2009                  */s/Bess M. Brewer*
                                       BESS M. BREWER
                                       Attorney at Law

                                       Attorney for Plaintiff


Dated: March 13, 2009                  Lawrence G. Brown

                                       Acting United States Attorney

                                       /s/  *Sarah Ryan*
                                        SARAH RYAN

                                       Special Assistant U.S. Attorney
                                       Social Security Administration

                                       Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED: March 13, 2009.

_____
U.S. MAGISTRATE JUDGE