BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEONEL ESPINOZA**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No. CIV -08-1806 KJM<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended until April 6, 2009. Plaintiff's summary judgment motion was due April 1, 2009, however, due to plaintiff's counsel's illness did not get filed. *See*, Declaration of Counsel set forth below.

/ / / /

/ / / /

/ / / /

1

Dated: April 3, 2009         */s/Bess M. Brewer*
                             BESS M. BREWER
                             Attorney at Law

                             Attorney for Plaintiff


Dated: April 3, 2009         Lawrence G. Brown

                             Acting United States Attorney

                             /s/  *Sarah Ryan*
                             SARAH RYAN

                             Special Assistant U.S. Attorney
                             Social Security Administration

                             Attorney for Defendant

## DECLARATION OF BESS M. BREWER

1. I represent Ms. Hustler in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file her motion for summary judgment.

2. Plaintiff's summary judgment motion was due March 20, 2009. In addition to an already crowded briefing schedule, I have been fighting off a bronchial infection for the past two weeks and operating at only 10-25% of my normal capacity. Consequently, I fell behind in my work and was not able to complete Mr. Espinoza's summary judgment motion as scheduled.

3. I need until April 6, 2009, within which to complete Mr. Espinoza's summary judgment motion and will not request additional time. I apologize for straining the court's patience with my requests for more time.

**ORDER**

APPROVED AND SO ORDERED.

DATED: April 6, 2009
*nunc pro tunc* to April 1, 2009

_____
U.S. MAGISTRATE JUDGE